IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03451-GPG

CARLY BOUDREAU,

    Plaintiff,

v.

BETHESDA FOUNDATION OF NEBRASKA,

    Defendant.

---

ORDER DRAWING CASE

---

After review pursuant to 28 U.S.C. § 1915, the Court entering an order that directed Plaintiff to show cause why she should not be denied leave to proceed pursuant to § 1915. Plaintiff was directed to respond to the order to show cause or in the alternative pay the $400 filing fee. On January 7, 2015, the filing fee was paid. Given that Plaintiff is represented by counsel and the filing fee has been paid, the case is properly drawn to a **presiding** judge, and when applicable to a **magistrate** judge, pursuant to D.C.COLO.LCivR 40.1(a). Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

DATED January 8, 2015, at Denver, Colorado.

                                                BY THE COURT:

                                                S/ Gordon P. Gallagher

                                                United States Magistrate Judge